**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH ROLON and DEVIN ROLON,
individuals,

        Plaintiffs,                              Case No. 3:20-cv-372-J-30JBT

-vs-

MID-AMERICA APARTMENTS, LTD.,
a foreign limited partnership, d/b/a ST.
AUGUSTINE AT THE LAKE,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, JOSEPH ROLON and DEVIN ROLON, and MID-AMERICA APARTMENTS, LTD., a foreign limited partnership, d/b/a ST. AUGUSTINE AT THE LAKE, by and through their respective undersigned counsel, pursuant to Local Rule 3.08, hereby jointly notify the Court that a Settlement Agreement has been reached in this case between Plaintiffs and Defendant. All parties therefore seek to terminate all pending deadlines.

By: ___/s/ Sarah A. Foster_____
Sara A. Foster, Esquire
FBN 0115462
MORGAN & MORGAN, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 361-4442
Email: sarahfoster@forthepeople.com
*Counsel for Plaintiffs*

By: ___/s/ Trevor Rhodes_____
Trevor Rhodes, Esquire
Florida Bar No: 0020573
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
(813) 221-1500
Email: service-trhodes@bankerlopez.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will furnish a copy to: **Sarah A. Foster, Esq.**, at sarahfoster@forthepeople.com and aperry@forthepeople.com, Attorney for Plaintiff.

*/s/ Trevor T. Rhodes*
Trevor T. Rhodes
Florida Bar No: 0020573
Benjamin G. Lopez
Florida Bar No.: 0117532
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL  33602
(813) 769-7865
Fax No: (813) 222-3066
Email: service-trhodes@bankerlopez.com
Email: service-blopez@bankerlopez.com
*Attorneys for Defendant*